# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

EDWARD BANKEY BOE,

        Petitioner,

v.

CLAY COUNTY SHERIFF OFFICE,

        Respondent.

Case No. 25-CV-3005 (NEB/LIB)

ORDER ACCEPTING REPORT AND
RECOMMENDATION

---

The Court has received the September 3, 2025 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 3.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.      The Report and Recommendation (ECF No. 3) is ACCEPTED;

2.      The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED without prejudice;

3.      The action is DISMISSED;

4.      The application for in forma pauperis status (ECF No. 2) is DENIED as moot; and

5.      No certificate of appealability be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: October 6,  2025                    BY THE COURT:

                                           s/Nancy E. Brasel
                                           Nancy E. Brasel
                                           United States District Judge